The People of the State of Illinois, Plaintiff-Appellee, *v.* Toney Crosby, Defendant-Appellant.

(No. 56912;

First District (3rd Division)—June 7, 1973.

PER CURIAM.
SCHWARTZ, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Robert M. Gray and Bernard L. Schwartz, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (John C. O'Rourke and Mark T. Zubor, Assistant State's Attorneys, of counsel,) for the People.